# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HAYRIYE BERIL GOK** <br><br> v. <br><br> **ROMAN CATHOLIC CHURCH, et al.** | **CIVIL ACTION** <br><br> **NO. 20-4817** |
| **HAYRIYE BERIL GOK** <br><br> v. <br><br> **POST & SCHELL, PC, et al.** | **CIVIL ACTION** <br><br> **NO. 20-4968** |

# ORDER

**AND NOW**, this 30th day of April, 2021, it is hereby **ORDERED** that the Motions to Dismiss Plaintiff's Second Amended Complaint in the above-captioned cases are **GRANTED**.

Plaintiff's federal law claims, listed below, are **DISMISSED** with prejudice:

**A. Dkt. No. 20-4817:**

- Count 1: violations of the Racketeer Influenced and Corrupt Organizations Act
- Count 2: violations of the Sherman Act
- Count 3: violations of the Clayton Act
- Count 10: lack of procedural and substantive due process

**B. Dkt. No. 20-4968:**

- Count 1: violations of the Racketeer Influenced and Corrupt Organizations Act
- Count 8: lack of procedural and substantive due process

Plaintiff's state law claims, listed below, are **DISMISSED** without prejudice:

**A. Dkt. No. 20-4817:**

- Count 4: intentional interference with a contractual relationship
- Count 5: breach of contract
- Count 6: unjust enrichment

- Count 7: fraud
- Count 8: defamation
- Count 9: violations of the Pennsylvania Crimes Code
- Count 11: intentional infliction of emotional distress

- **Dkt. No. 20-4968:**

    - Count 2: legal malpractice
    - Count 3: breach of contract
    - Count 4: unjust enrichment
    - Count 5: fraud
    - Count 6: abuse of process
    - Count 7: defamation
    - Count 9: violations of the Pennsylvania Crimes Code
    - Count 10: intentional infliction of emotional distress

It is further **ORDERED** that all other open motions in the above-captioned cases are **DENIED** as moot.

BY THE COURT:

/s/ MICHAEL M. BAYLSON

_____
**MICHAL M. BAYLSON, U.S.D.J.**

O:\CIVIL 20\20-4968 Gok v Post & Schell\20cv4968, 20cv4817 order granting MTDs.docx